FILED: April 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1100
(5:21-cv-00129-JPB-JPM)

MATTHEW A. BARRETO

  Plaintiff - Appellant

v.

WESBANCO, INC.

  Defendant - Appellee

J U D G M E N T

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK